IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES of AMERICA, | : | |
|---|---|---|
| v. | : | |
| ERIC WARREN | : | CRIMINAL ACTION No. 06-541 |

**O R D E R**

**AND NOW**, this 2nd day of November, 2011, upon consideration of Defendant Eric Warren's Pro Se Motion for Sentence Reduction Under the FSA Pursuant to § 3582(c)(2) (Docket No. 57) and the Government's response thereto (Docket No. 59), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge